771 F.2d 1495
 CITY OF GAINESVILLE, FLORIDA, Plaintiff-Appellant,
v.
ISLAND CREEK COAL SALES CO.; Island Creek Coal Co.; and
Enoxy Coal, Inc., Defendants-Appellees.
 No. 85-3025.
 United States Court of Appeals,
Eleventh Circuit.
 Sept. 24, 1985.
 
 M. Stephen Pitt, Merrill S. Schell, Colleen McKinley, Louisville, Ky., Ann Carlin, Asst. City Atty., Gainesville, Fla., for plaintiff-appellant.
 Kenneth Hart, Tallahassee, Fla., Janet P. Kane, Stephen A. Oxman, David J. Mark, New York City, for defendants-appellees.
 Appeal from the United States District Court for the Northern District of Florida, Maurice Mitchell Paul, Judge.
 Before FAY and JOHNSON, Circuit Judges, and HOFFMAN*, District Judge.
 PER CURIAM:
 
 
 1
 The judgment appealed is AFFIRMED based upon the Order of the District Court dated November 16, 1984, 618 F.Supp. 513.
 
 
 
 *
 Honorable Walter E. Hoffman, U.S. District Judge for the Eastern District of Virginia, sitting by designation